

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00560-CV

**IN THE INTEREST OF J.C.H.-P., A CHILD**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00929
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 31, 2022, appellant filed a pro se notice of appeal challenging the trial court's order terminating her parental rights to her child. The clerk's record shows appellant may be indigent, but it does not contain anything indicating whether she has been appointed appellate counsel. Under section 107.013 of the Texas Family Code, when the Texas Department of Family Services seeks termination of the parent-child relationship, an indigent parent is entitled to a court appointed attorney. *See* TEX. FAM. CODE § 107.013. Accordingly, we **order** this appeal abated and **order** the trial court to determine whether appellant is indigent and entitled to appointed counsel. If the trial court determines appellant is indigent and entitled to appointed counsel, we further **order** the trial court to appoint appellate counsel **by October 3, 2022.** We further **order** the district clerk to file a supplemental clerk's record containing the trial court's order appointing appellate counsel **by October 12, 2022.** All appellate deadlines are suspended until further order of this court.

It is so **ORDERED** September 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT